**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EBATES PERFORMANCE MARKETING,

                      Plaintiff,                     **ORDER**

       -against-                     **23-mc-79 (JGK) (JW)**

HCL AMERICA,

                      Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A hearing on Plaintiff's motion to compel is currently scheduled for April 24,

2023.  Dkt. No. 21.  On April 20, 2023, Defendant filed their opposition to that motion,

as well as a counter motion.  See Dkt. Nos. 22; 25.  In light of the new motion, the

hearing is adjourned to **May 8, 2023**, at **1:30 PM**.  Plaintiff has until **May 1, 2023** to

file an opposition to the counter motion.

      SO ORDERED.

DATED:    New York, New York
           April 21, 2023

                                      *Jennifer E. Willis*
                                  JENNIFER E. WILLIS
                          United States Magistrate Judge