**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
EBATES PERFORMANCE MARKETING,
INC. dba RAKUTEN REWARDS.,

                                        Plaintiff,                    **ORDER**

                    -against-                            **23-mc-00079 (JGK) (JW)**
                                                         (Related to Civil Action No.
HCL AMERICA, INC.,                                        21-00461-GBW (D. Del))

                                        Defendant.
--------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court having considered the papers filed in support of and in opposition to

Plaintiff's Motion (Dkt. Nos. 4 and 12) to compel and Defendant's Cross-Motion (Dkt.

No. 22) to transfer or alternatively quash Plaintiff's Motion to compel, hereby grants

Defendant's Cross-Motion to transfer. Plaintiff's Motion to compel and Defendant's

instant motion to quash the underlying subpoena are hereby transferred to the

United States Court for the District of Delaware and specifically to the pending action

in that court captioned International Business Machines Corp. v. Rakuten Inc., et al.,

Civil Action No. 21-00461.

The subpoena in question was issued to Defendant by the United States Court

for the District of Delaware in August 2022. Dkt. No. 7, Exhibit 4. The subpoena was

issued in connection with a case currently before the District of Delaware. Dkt. No. 6

at ¶4. Under Federal Rule of Civil Procedure 45(f), this Court may transfer motions

regarding a subpoena to the issuing court "if the person subject to the subpoena

consents…" Fed. R. Civ. P. 45(f). Here, the Defendant has consented to transfer. Dkt.

No. 23 at ¶6. The Court believes Defendant's consent, coupled with the issuing court's ongoing oversight of the underlying case, warrant transfer.

Plaintiff alleges the Motion to transfer is an "attempt to delay" compliance with Plaintiff's subpoena served over eight months ago. Dkt. No. 28 at ¶5. The Court notes that for much of the time that has lapsed, the parties attempted to independently discuss and resolve issues related to the scope of the subpoena. Dkt. No. 6 at ¶¶7-10. Plaintiff only sought intervention by the Court and filed the Motion to compel in March 2023. Dkt. No. 6 at ¶10. Therefore, the Court does not believe there has been undue delay.

For the foregoing reasons, Defendant's Cross-Motion to transfer is GRANTED and the hearing scheduled for May 8, 2023, at 1:30 p.m. is cancelled. The Clerk of Court is requested to close the motions at Dkt. Nos. 4, 12, and 22.

SO ORDERED.

DATED:    New York, New York
          May 5, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge